AARON D. FORD
  Attorney General
AUSTIN T. BARNUM (Bar No. 15174)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: abarnum@ag.nv.gov

*Attorneys for Defendants Carrie Alvarado,
Jerry Howell, Jennifer Nash, Carter Potter,
Perry Russell, and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kenneth G. McDonald,<br><br>    Plaintiff,<br><br>v.<br><br>Brian Williams, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-03066-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Defendants Carrie Alvarado, Jerry Howell, Jennifer Nash, Carter Potter, Perry Russell, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Austin T. Barnum, Deputy Attorney General, and Plaintiff, Kenneth McDonald, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED this 20th day of December, 2021.

_____
KENNETH MCDONALD, #50925
Plaintiff, *Pro Se*

DATED this 28th day of December, 2021

AARON D. FORD
Attorney General

By: /s/Austin T. Barnum
AUSTIN T. BARNUM, Bar No. 15174
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____December 29_____, 2021.

_____
UNITED STATES DISTRICT JUDGE